JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MATT CAMP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L.A. ARENA COMPANY, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 5:22-cv-02220-JGB-DTB<br>Assigned to: Hon. Jesus G. Bernal<br><br><br>**JUDGMENT** |

Pursuant to the Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Defendants.
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: April 18, 2024

_____
Honorable Jesus G. Bernal
United States District Judge